IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHARON K. WALKER                                                                      PLAINTIFF

v.                                        CASE NO. 4:15-CV-00695-SWW

PULASKI COUNTY SPECIAL SCHOOL DISTRICT,
A Public Body Corporate                                                              DEFENDANT

## STATEMENT OF UNDISPUTED FACTS

Defendant, Pulaski County Special School District, by its attorneys, Bequette & Billingsley, P.A., for its Statement of Undisputed Facts, alleges and states:

1.      Pulaski County Special School District ("PCSSD" or "District") is a school district organized pursuant to the laws of the State of Arkansas for the purpose of providing a public education to students within its established boundaries in Pulaski County, Arkansas.

2.      Plaintiff was employed by the District as a certified teacher from June 2005 through the 2014-2015 school year.

3.      During the 2011-2012 through 2013-2014 school years, Plaintiff taught economic and business law courses and was assigned one conference period per day.

4.      During the 2014-2015 school year, Plaintiff was assigned a schedule of economic and business law classes for five of the seven periods of the day, and was assigned a one period alternative learning environment class to teach math subjects.

5.      Plaintiff, displeased that one period of ALE had been added to her schedule, filed a grievance with the District, but failed to exhaust all of her administrative remedies regarding the grievance, before she went on leave under the Family and Medical Leave Act ("FMLA").

6.      On or around December 30, 2014, Plaintiff took a leave of absence under FMLA due to a diagnosis of depression.

7.      Plaintiff's FMLA leave was set to expire on April 8, 2015, but was extended by the District on her request.  The District maintained her employment.

8.      Plaintiff did not return to work during the 2014-2015 school year.

9.      On June 10, 2015, Plaintiff's clinical psychologist sent a letter to the District's Chief Executive Officer, Paul Brewer ("Brewer"), asking that the District accommodate Plaintiff with a schedule of all business classes.  This was the first request given to the District regarding an accommodation for Plaintiff.

10.     On July 6, 2015, Brewer called Plaintiff and offered her a schedule of all business classes at the North Pulaski High School for the 2015-2016 school year.

11.     Plaintiff refused this accommodation provided by the District.

12.     On August 3, 2015, Plaintiff wrote to Brewer asking that her FMLA leave be extended through September 3, 2015.

13.     On August 13, 2015, Brewer wrote to Plaintiff advising that if she was released to return to work after September 3, 2015, he would attempt to find her a position in the District.

14.     Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission on August 5, 2015, contending that she was discriminated against due to a disability.

15.     Plaintiff is currently employed with the North Little Rock School District as a special education teacher.

16.     The District has denied all claims brought against it by Plaintiff or that it violated any applicable law.

17.     The District asserts that Plaintiff was not discriminated against for any reason in violation of applicable law, nor did the District violate any rights or duties owed to Plaintiff.

Respectfully submitted,

BEQUETTE & BILLINGSLEY, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Telephone: (501) 374-1107
Fax: (501) 374-5092
E-mail: jbequette@bbpalaw.com
E-mail: ckees@bbpalaw.com


By: _____ /s/ Cody Kees _____
        Jay Bequette, Bar No. 87012
        Cody Kees, Bar No. 2012118


## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Austin Porter, Jr.
Porter Law Firm
323 Center Street, Suite 1035
Little Rock, AR 72201
aporte5640@aol.com


_____ /s/ Cody Kees _____

Z:\pcssd\Walker, Sharon\Statement of Undisputed Facts.wpd