## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRIC OF ARKANSAS
### WESTERN DIVISION

SHARON K. WALKER        *
                               *

               PLAINTIFF    *

                               *

V.                                   *           CASE NO.  4:15CV00695 SWW

                               *

                               *

PULASKI COUNTY SPECIAL    *

SCHOOL DISTRICT          *

                               *

              DEFENDANT    *

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this action is DISMISSED WITH PREJUDICE.


IT IS SO ORDERED THIS 1st DAY OF MAY, 2017.

                                         /s/Susan Webber Wright
                                         UNITED STATES DISTRICT JUDGE